# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.

Crim. No. 7:13-CR-77-2D

GARY WILLARD COX

On January 6, 2015, the above named was placed on supervised release for a period of two years. The offender has complied with the rules and regulations of supervised release, and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                    Respectfully submitted,

/s/Michael C. Brittain                                    /s/Timothy L. Gupton
Michael C. Brittain                                       Timothy L. Gupton
Senior U.S. Probation Officer                             U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____3_____ day of __February_____, 2016.

James C. Dever III
Chief U.S. District Judge